| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

HENRY BRENT CRAWLEY, §
　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:09-CV-390
　　　　　　　　　　　　　　§
STATE FARM LLOYDS, §
　　　　　　　　　　　　　　§
　　　　Defendant. §

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING WITH PREJUDICE

The court heretofore ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for pretrial proceedings under 28 U.S.C. § 636(b)(1)(A)-(C) & (3) and E.D. Tex. R. app. B (Rule 1(C)). The court has received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record, pleadings and all available evidence.

The Magistrate Judge recommended that Plaintiff's motion to dismiss with prejudice be granted. No objections to the report have been filed. The court has considered the magistrate judge's report. Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** that Plaintiff's "Motion to Dismiss with Prejudice" (Clerk's Doc. 12) is **GRANTED**. It is further

**ORDERED** that this case is **DISMISSED** with prejudice.

SIGNED at Beaumont, Texas, this 26th day of February, 2010.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE